IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCUS WAYNE LOGAN,<br><br>Defendant. | CR 18-44-GF-BMM<br><br>ORDER |

Marcus Wayne Logan filed a motion for early termination of supervised release. Doc. 39. United States Probation does not oppose Logan being discharged from supervision at this time. Doc. 45. The Court conducted a hearing on the motion on February 24, 2021. *Id*. For the reasons below, the Court grants Logan's motion.

The Court sentenced Logan to the Bureau of Prisons for a term of 14 months. Doc. 32. The Court required Logan to complete 3 years of supervised release. *Id*. Logan began his supervised release April 2019. Doc. 1010. at 2. Logan's supervising probation officer reports that he supports early termination of Logan's supervision.

Federal law authorizes a defendant to move for termination of his supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c). The Court must consider the factors in

1

18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The factors in 18 U.S.C. § 3553(a) support an early termination of Logan's supervised release. Logan's supervising probation officer reports that Logan has had zero issues of non-compliance with the terms of his supervision. Logan has maintained employment and sobriety since the start of his supervision. The record indicates that Logan has since moved to Kalispell to be closer to his mother. These successes, in conjunction with Logan's compliance with the terms of his supervision, demonstrate that termination of supervision is warranted.

Accordingly, **IT IS ORDERED**:

1. Defendant Logan's Motion for Early Termination of Supervised Release (Doc. 39) is **GRANTED**.

2. Defendant Logan is **DISCHARGED** from supervised release.

DATED this 24th day of February, 2021.

_____
Brian Morris, Chief District Judge
United States District Court